175 A.3d 176

FEDERAL NATIONAL MORTGAGE ASSOCIATION, PLAINTIFF–RESPONDENT, v. JUDITH MESSINEO, DEFENDANT–PETITIONER, AND DOMINIC F. COLETTA, MARY COLETTA, STATE OF NEW JERSEY, COUNTY OF MONMOUTH, SYED S. AHMAD, SYED AHMAD, M.D., PLEASANT DENTAL CENTER P.A., ADAMAR OF NEW JERSEY, INC., GARY AXELRAD, M.D., COUNTY OF ATLANTIC, HOSPITAL AND DOCTORS SERVICE BUREAU, SPIRAS CLOTHING INC., 600 KINDERKAMACK ROAD OPERATING COMPANY, L.L.C., D/B/A ORADELL HEALTH CARE CENTER, AND UNITED STATES OF AMERICA, DEFENDANTS.

C–363 September Term 2017
079829

November 29, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000979–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.